*Axtell & Rinehart,* for Appellees.

———————

John Toees, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Duval.

Writ of Error dismissed on motion of Attorney General at costs of Duval County.

No appearance for Plaintiff in Error;

*T. F. West,* Attorney General, for the State.